IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERESA BENOIT, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 12-1807 |
| | : | |
| v. | : | |
| | : | |
| NCO FINANCIAL SERVICES, INC., et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this 31st day of July 2012, upon receipt of notice from the parties that the above-captioned action has been settled, it is **ORDERED** that:

1. The action is DISMISSED WITH PREJUDICE AND WITHOUT COSTS, pursuant to Local Rule 41.1(b).

2. All pending motions are DENIED AS MOOT.

3. The Clerk of Court shall docket the attached letter dated July 31, 2012.

4. The Clerk of Court shall close the case.

BY THE COURT:


/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY,  J.